UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN MATZURA, on behalf of himself and all other persons similarly situated,

        Plaintiff,

against

EDDIE BAUER LLC,

        Defendant.

CIVIL ACTION NO.: 19 Civ. 10143 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the expiration of the stay in this case (see ECF No. 25), by **Thursday, August 13, 2020**, the parties are directed to file a joint letter stating how they intend to move this case forward.

Dated:    New York, New York
            August 6, 2020

SO ORDERED

_/s/ Sarah L. Cave_
SARAH L. CAVE
**United States Magistrate Judge**