UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN MATZURA, on behalf of himself and all other persons similarly situated,

                Plaintiff,

against

EDDIE BAUER LLC,

                Defendant.

CIVIL ACTION NO.: 19 Civ. 10143 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the expiration of the stay in this case (see ECF No. 25), the parties were directed to file a joint letter, by August 13, 2020, stating how they intend to move this case forward. (ECF No. 26). They failed to do so. The parties are directed to file a joint letter, by **Friday, August 21, 2020**, explaining their failure to comply with the Court's Order.

Dated:      New York, New York
              August 14, 2020

                              SO ORDERED

                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**